[Civ. No. 960.   Second Appellate District.—March 9, 1911.]

## CARRIE D. PIERSON, Appellant, v. CHARLES J. PIERSON, Respondent.

DIVORCE—STIPULATION UPON APPEAL—FINDINGS NOT WAIVED—ABSENCE OF FINDINGS—REVERSAL.—Where it appears upon appeal in an action for divorce that the attorneys for the parties have filed a stipulation that reversible error exists in the record, and it appears upon examination of such record that findings of fact were not waived, and that no findings sufficient to support the judgment were by the court signed or filed in the cause, the judgment must be reversed and the cause remanded for a new trial.

APPEAL from a judgment of the Superior Court of Los Angeles County.   William D. Dehy, Judge presiding.

Judgment reversed upon stipulation of the parties for reversible error appearing on the face of the record.

Winslow P. Hyatt, for Appellant.

Morton, Riddle & Hollzer, and S. A. D. Gray, for Respondent.

THE COURT.—Action for divorce. The parties hereto, through their respective attorneys, having filed a stipulation that reversible error exists in the record, and upon examination of such record it appearing that findings of fact were not waived, and that no findings sufficient to support a judgment were by the court signed or filed in the cause, it is, therefore, ordered that the judgment in the above-entitled cause be reversed and the cause remanded for a new trial.